UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  JACLYN VANGORDEN
AKA: JACLYN K VANGORDEN,
JACLYN KRISTINE VANGORDEN          CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                 CASE NO: 5-23-02699-MJC
Movant
vs.
JACLYN VANGORDEN
AKA: JACLYN K VANGORDEN,
JACLYN KRISTINE VANGORDEN

Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on December 28, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on November 30, 2023.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

   **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
   **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
   **- CHAPTER 13 PLAN**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JACLYN VANGORDEN  
AKA: JACLYN K VANGORDEN,  
JACLYN KRISTINE VANGORDEN

CHAPTER 13

CASE NO: 5-23-02699-MJC

## NOTICE

NOTICE IS HEREBY GIVEN THAT The debtor(s) filed a Chapter13 Bankruptcy Petition on November 30, 2023.

Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file required documents indicated below.

- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD
- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
- CHAPTER 13 PLAN

A hearing with the Court has been scheduled for:

U.S. Bankruptcy Court  
Max Rosenn U.S. Courthouse  
Courtroom #2  
197 S. Main Street  
Wilkes Barre, PA 18701

Date: January 18, 2024

Time: 10:00 AM

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **January 11, 2024**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Dated: December 28, 2023

Respectfully submitted,

/s/ Agatha R. McHale, Esquire  
ID: 47613  
Attorney for Movant  
Jack N. Zaharopoulos  
Standing Chapter 13 Trustee  
Suite A, 8125 Adams Drive  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JACLYN VANGORDEN
AKA: JACLYN K
VANGORDEN, JACLYN
KRISTINE VANGORDEN

CHAPTER 13

CASE NO: 5-23-02699-MJC

Debtor(s)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 28, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

STEVEN R SAVOIA, ESQUIRE
621 ANN STREET
P.O. BOX 263
STROUDSBURG, PA 18360

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class mail

JACLYN VANGORDEN
400 SAWMILL RD
STROUDSBURG, PA 18360

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 28, 2023

/s/ Vickie Williams
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JACLYN VANGORDEN
AKA: JACLYN K VANGORDEN,
JACLYN KRISTINE VANGORDEN

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-23-02699-MJC

vs.
JACLYN VANGORDEN
AKA: JACLYN K VANGORDEN,
JACLYN KRISTINE VANGORDEN

Respondent(s)

**ORDER DISMISSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee application.