## Triplets Family Diner Inc

**Employee Name:** Jaclyn Van Gorden  
**For Period** 09/25/23 to 10/01/23  
**Id No.** gorjac  
**Date** 10/06/23  
1947 W Main Street  
Stroudsburg, PA 18360  
**Check No.** 11668

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 2.83 | 12.00 | 33.96 | 577.34 | Federal W/H | 7.00 | 102.00 |
| Tips - Cash | | | 36.00 | 629.00 | Social Security | 10.85 | 145.30 |
| Tips - Charge | | | 105.00 | 1137.00 | Medicare | 2.54 | 33.99 |
| | | | | | State W/H | 5.37 | 71.94 |
| | | | | | State Other | 0.12 | 1.62 |
| | | | | | Local W/H | 1.75 | 23.43 |
| | | | | | Tips - Cash | 36.00 | 629.00 |
| | | | | | LST | 1.00 | 12.00 |
| | | | | | Charge Tips | 105.00 | 1137.00 |
| Totals | | 12.00 | 174.96 | 2343.34 | Totals | 169.63 | 2156.28 |
| Social Security | | | | | Net | 5.33 | 187.06 |

## Triplets Family Diner Inc

**Employee Name:** Jaclyn Van Gorden  
**For Period** 10/02/23 to 10/08/23  
**Id No.** gorjac  
**Date** 10/13/23  
1947 W Main Street  
Stroudsburg, PA 18360  
**Check No.** 11698

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 2.83 | 22.20 | 62.83 | 640.17 | Federal W/H | 19.00 | 121.00 |
| Tips - Cash | | | 66.60 | 695.60 | Social Security | 18.07 | 163.37 |
| Tips - Charge | | | 162.00 | 1299.00 | Medicare | 4.23 | 38.22 |
| | | | | | State W/H | 8.95 | 80.89 |
| | | | | | State Other | 0.20 | 1.82 |
| | | | | | Local W/H | 2.91 | 26.34 |
| | | | | | Tips - Cash | 66.60 | 695.60 |
| | | | | | LST | 1.00 | 13.00 |
| | | | | | Charge Tips | 162.00 | 1299.00 |
| Totals | | 22.20 | 291.43 | 2634.77 | Totals | 282.96 | 2439.24 |
| Social Security | | | | | Net | 8.47 | 195.53 |

## Triplets Family Diner Inc

**Employee Name:** Jaclyn Van Gorden  
**For Period** 10/09/23 to 10/15/23  
**Id No.** gorjac  
**Date** 10/20/23  
1947 W Main Street  
Stroudsburg, PA 18360  
**Check No.** 11729

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 2.83 | 23.50 | 66.51 | 706.68 | Federal W/H | 19.00 | 140.00 |
| Tips - Cash | | | 70.50 | 766.10 | Social Security | 17.86 | 181.23 |
| Tips - Charge | | | 151.00 | 1450.00 | Medicare | 4.18 | 42.40 |
| | | | | | State W/H | 8.84 | 89.73 |
| | | | | | State Other | 0.20 | 2.02 |
| | | | | | Local W/H | 2.88 | 29.22 |
| | | | | | Tips - Cash | 70.50 | 766.10 |
| | | | | | LST | 1.00 | 14.00 |
| | | | | | Charge Tips | 151.00 | 1450.00 |
| Totals | | 23.50 | 288.01 | 2922.78 | Totals | 275.46 | 2714.70 |
| Social Security | | | | | Net | 12.55 | 208.08 |

# Triplets Family Diner Inc

**Employee Name:** Jaclyn Van Gorden
**For Period** 10/16/23 to 10/22/23
**Id No.** gorjac
**Date** 10/27/23
1947 W Main Street
Stroudsburg, PA 18360
**Check No.** 11762

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 2.83 | 18.40 | 52.07 | 758.75 | Federal W/H | 14.00 | 154.00 |
| Tips - Cash | | | 55.20 | 821.30 | Social Security | 15.02 | 196.25 |
| Tips - Charge | | | 135.00 | 1585.00 | Medicare | 3.51 | 45.91 |
| | | | | | State W/H | 7.44 | 97.17 |
| | | | | | State Other | 0.17 | 2.19 |
| | | | | | Local W/H | 2.42 | 31.64 |
| | | | | | Tips - Cash | 55.20 | 821.30 |
| | | | | | LST | 1.00 | 15.00 |
| | | | | | Charge Tips | 135.00 | 1585.00 |
| Totals | | 18.40 | 242.27 | 3165.05 | Totals | 233.76 | 2948.46 |
| Social Security | | | | | Net | 8.51 | 216.59 |

---

# Triplets Family Diner Inc

**Employee Name:** Jaclyn Van Gorden
**For Period** 10/23/23 to 10/29/23
**Id No.** gorjac
**Date** 11/03/23
1947 W Main Street
Stroudsburg, PA 18360
**Check No.** 11794

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 2.83 | 21.50 | 60.85 | 819.60 | Federal W/H | 11.00 | 165.00 |
| Tips - Cash | | | 64.50 | 885.80 | Social Security | 13.35 | 209.60 |
| Tips - Charge | | | 90.00 | 1675.00 | Medicare | 3.12 | 49.03 |
| | | | | | State W/H | 6.61 | 103.78 |
| | | | | | State Other | 0.15 | 2.34 |
| | | | | | Local W/H | 2.15 | 33.79 |
| | | | | | Tips - Cash | 64.50 | 885.80 |
| | | | | | LST | 1.00 | 16.00 |
| | | | | | Charge Tips | 90.00 | 1675.00 |
| Totals | | 21.50 | 215.35 | 3380.40 | Totals | 191.88 | 3140.34 |
| Social Security | | | | | Net | 23.47 | 240.06 |

---

# Triplets Family Diner Inc

**Employee Name:** Jaclyn Van Gorden
**For Period** 11/06/23 to 11/12/23
**Id No.** gorjac
**Date** 11/17/23
1947 W Main Street
Stroudsburg, PA 18360
**Check No.** 11857

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 2.83 | 23.50 | 66.51 | 954.03 | Federal W/H | 15.00 | 198.00 |
| Tips - Cash | | | 117.50 | 1123.30 | Social Security | 15.44 | 242.58 |
| Tips - Charge | | | 65.00 | 1835.00 | Medicare | 3.61 | 56.74 |
| | | | | | State W/H | 7.64 | 120.11 |
| | | | | | State Other | 0.17 | 2.71 |
| | | | | | Local W/H | 2.49 | 39.11 |
| | | | | | Tips - Cash | 117.50 | 1123.30 |
| | | | | | LST | 1.00 | 18.00 |
| | | | | | Charge Tips | 65.00 | 1835.00 |
| Totals | | 23.50 | 249.01 | 3912.33 | Totals | 227.85 | 3635.55 |
| Social Security | | | | | Net | 21.16 | 276.78 |

## Triplets Family Diner Inc

**Employee Name:** Jaclyn Van Gorden
**For Period:** 11/13/23 to 11/19/23
**Id No.** gorjac
**Date** 11/24/23
**1947 W Main Street, Stroudsburg, PA 18360**
**Check No.** 11890

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 2.83 | 21.00 | 59.43 | 1013.46 | Federal W/H | 19.00 | 217.00 |
| Tips - Cash | | | 105.00 | 1228.30 | Social Security | 17.82 | 260.40 |
| Tips - Charge | | | 123.00 | 1958.00 | Medicare | 4.17 | 60.91 |
| | | | | | State W/H | 8.82 | 128.93 |
| | | | | | State Other | 0.20 | 2.91 |
| | | | | | Local W/H | 2.87 | 41.98 |
| | | | | | Tips - Cash | 105.00 | 1228.30 |
| | | | | | LST | 1.00 | 19.00 |
| | | | | | Charge Tips | 123.00 | 1958.00 |
| Totals | | 21.00 | 287.43 | 4199.76 | Totals | 281.88 | 3917.43 |
| Social Security | | | | | Net | 5.55 | 282.33 |

---

## Triplets Family Diner Inc

**Employee Name:** Jaclyn Van Gorden
**For Period:** 11/20/23 to 11/26/23
**Id No.** gorjac
**Date** 12/01/23
**1947 W Main Street, Stroudsburg, PA 18360**
**Check No.** 11924

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 2.83 | 17.00 | 48.11 | 1061.57 | Federal W/H | | 217.00 |
| Tips - Cash | | | 85.00 | 1313.30 | Social Security | 23.75 | 284.15 |
| Tips - Charge | | | 250.00 | 2208.00 | Medicare | 5.56 | 66.47 |
| | | | | | State W/H | 11.76 | 140.69 |
| | | | | | State Other | 0.27 | 3.18 |
| | | | | | Local W/H | 3.83 | 45.81 |
| | | | | | Tips - Cash | 85.00 | 1313.30 |
| | | | | | LST | 1.00 | 20.00 |
| | | | | | Charge Tips | 250.00 | 2208.00 |
| Totals | | 17.00 | 383.11 | 4582.87 | Totals | 381.17 | 4298.60 |
| Social Security | | | | | Net | 1.94 | 284.27 |