United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                      Case No. 23-02699-MJC
Jaclyn VanGorden                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                    User: AutoDocke                                   Page 1 of 2
Date Rcvd: Jan 30, 2024                           Form ID: ntnoshow                              Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jaclyn VanGorden, 400 Sawmill Road, Stroudsburg, PA 18360-6969 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5585182 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2024 18:46:00 | Commonwealth of Pennsylvania, Department of Revenue, PO Box 280946, Harrisburg, PA 17128?0946 |
| 5585183 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2024 18:46:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101?7346 |
| 5585184 | ^ | MEBN | Jan 30 2024 18:41:12 | Freedom Mortgage, 951 Yamato Road, Boca Raton, FL 33431-4444 |
| 5585185 | ^ | MEBN | Jan 30 2024 18:41:02 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5582607 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2024 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5585186 | | Email/Text: famc-bk@1stassociates.com | Jan 30 2024 18:46:00 | Total VISA, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 5585187 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 30 2024 18:46:00 | Verizon Wireless, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com |
| Steven R Savoia | on behalf of Debtor 1 Jaclyn VanGorden ssavoia@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jaclyn VanGorden,
 aka Jaclyn Kristine VanGorden, aka Jaclyn K VanGorden,

**Debtor 1**

Chapter 13

Case No. 5:23−bk−02699−MJC

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **February 19, 2024** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **February 19, 2024**.

**If no objections are filed by February 19, 2024, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 30, 2024 |

ntnoshow (07/18)