United States Bankruptcy Court

Middle District of Pennsylvania

In re:                 Case No. 23-02699-MJC
Jaclyn VanGorden         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                User: AutoDocke                Page 1 of 2
Date Rcvd: Mar 07, 2024           Form ID: pdf010               Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2024:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Jaclyn VanGorden, 400 Sawmill Road, Stroudsburg, PA 18360-6969 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 5585182 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 07 2024 18:46:00 | Commonwealth of Pennsylvania, Department of Revenue, PO Box 280946, Harrisburg, PA 17128?0946 |
| 5585183 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 07 2024 18:46:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101?7346 |
| 5585184 | ^ MEBN | Mar 07 2024 18:43:02 | Freedom Mortgage, 951 Yamato Road, Boca Raton, FL 33431-4444 |
| 5594768 | Email/Text: Bankruptcy@Freedommortgage.com | Mar 07 2024 18:46:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5585185 | ^ MEBN | Mar 07 2024 18:42:37 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5594162 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2024 18:55:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5582607 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 07 2024 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5585186 | Email/Text: famc-bk@1stassociates.com | Mar 07 2024 18:46:00 | Total VISA, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 5593516 | Email/PDF: ebn_ais@aisinfo.com | Mar 07 2024 19:08:55 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5585187 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 07 2024 18:45:00 | Verizon Wireless, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com |
| Steven R Savoia | on behalf of Debtor 1 Jaclyn VanGorden ssavoia@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

| | |
|---|---|
| IN RE: JACLYN VANGORDEN, | CASE NO: 5:23-bk-02699-MJC |
| | CHAPTER 13 |
| Debtor. | |

## ORDER DISMISSING CASE

UPON CONSIDERATION, a Motion to Dismiss the above-named case having been filed by Debtor,

IT IS ORDERED that the above-named case is hereby dismissed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 6, 2024